**Fill in this information to identify the case:**

Debtor 1: Simmanon Alford

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illiniois
(State)

Case number: 11-29263

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9 1 1 5

**Property address:** 1338 W 115th St.
Number    Street

_____

Chicago     IL     60643
City        State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

❑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2016
MM / DD / YYYY

❑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
MM / DD / YYYY

| Debtor 1 | Simmanon Alford | Case number (*if known*) 11-29263 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Heather M. Giannino
Signature

Date 12/29/2015

Print: Heather M. Giannino
Title: Attorney for Creditor

Company: Heavner, Beyers & Mihlar, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: PO Box 740
Decatur, IL 62525

Contact phone: (217) 422-1719
Email: bankruptcy@hsbattys.com

Form 4100R     **Response to Notice of Final Cure Payment**     page **2**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Simmanon Alford, | Case No.  11-29263 |
| Debtor(s). | Honorable A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that I served a copy of the Response to Notice of Final Cure Payment filed on December 29, 2015, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 29, 2015, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 29th day of December, 2015.

**Service by Mail:**

Simmanon Alford
1338 West 115th Street
Chicago, IL 60643

**Service by Electronic Notice through ECF:**

Joseph J. Cardinal
Law Office of Joseph Cardinal
3838 West 111th Street, Suite 104
Chicago, IL 60655

Marilyn O. Marshall
224 South Michigan, Suite 800
Chicago, IL 60604

Stewart A. Chapman
Office of Chapter 13 Trustee Marshall
224 South Michigan, Suite 800
Chicago, IL 60604

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago,  IL  60604

                                                                     By:      */s/ Heather M. Giannino*
                                                                         Heather M. Giannino of
                                                                         Heavner, Beyers & Mihlar, LLC
                                                                         One of its attorneys

FAIQ MIHLAR (#06274089)
HEATHER M. GIANNINO (#6299848)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719